UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CYNTHIA CANTU | § | |
| | § | |
| VS. | § | C.A. NO.  5:20-cv-311 |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |
| AND WALMART, INC. | § | JURY DEMANDED |

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Please take notice that Defendants, Wal-Mart, Inc. and Wal-Mart Stores Texas, LLC, hereby remove to the Court the state action described below.

1.  On January 31, 2020, a civil action was commenced, in the 73rd Judicial District Court of Bexar County, Texas, entitled *Cynthia Cantu v. Wal-Mart, Inc. and Wal-Mart Stores Texas, LLC,* Cause No. 2020CI02262. A copy of Plaintiff's Original Petition is attached hereto as **Exhibit A.**

2.  Service of summons and complaint was made on Defendants, Wal-Mart, Inc. and Wal-Mart Stores Texas, LLC by process server on February 13, 2020.  Defendants first received a copy of said Petition on February 18, 2020.  A copy of the Citation is attached hereto as **Exhibit B.**

3.  Defendants have filed an Original Answer, which is attached as **Exhibit C,** a Demand for Jury Trial, which is attached as **Exhibit D,** a Notice of Filing of Removal to Federal Court, attached as **Exhibit E** and List of Counsel of Record, attached as **Exhibit F.**  Defendants have attached all process, pleadings, and orders in the State Court action as required by 28 U.S.C. 1446(a).

## JURISDICTION AND VENUE

4. The action is a civil action of which this Court has original jurisdiction under Title 28 U.S.C. § 1332 (Diversity Jurisdiction), and is one which may be removed to this Court pursuant to Title 28 U.S.C. § 1441. There is complete diversity of citizenship amongst the parties. Defendant, Wal-Mart Stores Texas, LLC is a limited liability company formed under the laws of Delaware, with its principal place of business in Arkansas. The sole member of Wal-Mart Stores Texas, LLC is Wal-Mart Real Estate Business Trust. Wal-Mart Real Estate Business Trust is a Delaware statutory trust with its principal place of business in Arkansas. The sole unit holder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co. which is a wholly owned subsidiary of Wal-Mart Stores East, LP. Wal-Mart Property Co. is a corporation formed under the laws of the State of Delaware with its principal place of business in the State of Arkansas. Wal-Mart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner. WSE Management, LLC is a Delaware limited liability company, and has its principal place in Bentonville, Arkansas. WSE Investment, LLC is a Delaware limited liability company, and has its principal place in Bentonville, Arkansas. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC. (f/k/a Wal-Mart Stores East, Inc.), whose parent company is Walmart Inc. (f/k/a Wal-Mart, Inc.). Wal-Mart Stores East, LLC is a limited liability company formed under the laws of the State of Arkansas, and has its principal place of business in the State of Arkansas. The sole member of Wal-Mart Stores East, LLC is Walmart Inc. (f/k/a Wal-Mart, Inc.). Walmart, Inc. is incorporated under the laws of the state of Delaware with its principal place of business in Bentonville, Arkansas. As such, Defendants Walmart, Inc. and Wal-Mart Stores Texas, LLC are not Texas citizens. Plaintiff is a Texas citizen, with her residence in Bexar County, Texas.

5. The amount in controversy exceeds the sum of Seventy-five Thousand Dollars

($75,000.00), exclusive of interest and costs. *See page 7 of Plaintiff's Original Petition.*

7. Venue is proper in the Western District of Texas, San Antonio Division because this District and Division embrace the place in which the action is pending.

        Dated: March 13, 2020

        Respectfully submitted,

        Daw & Ray
        A Limited Liability Partnership

        /s/ *Willie Ben Daw, III*
        Willie Ben Daw, III; TBN: 05594050
        Email: wbdaw@dawray.com
        James K. Floyd; TBN: 24047626
        Email: jfloyd@dawray.com
        14100 San Pedro Ave., Suite 302
        San Antonio, Texas 78232
        (210) 224-3121 Telephone
        (210) 224-3188 Facsimile

        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by Electronic Service on this 13th day of March, 2020.

| | |
|---|---|
| Daniel J. T. Sciano | Email: dsciano@tsslawyers.com |
| Lawrence J. Webb | Email: lwebb@tsslawyers.com |
| Tinsman & Sciano, Inc. | |
| 10107 McAllister Freeway | |
| San Antonio, Texas 78216 | |

        /s/ *Willie Ben Daw, III*
        Willie Ben Daw, III

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CYNTHIA CANTU | § | |
| | § | |
| VS. | § | C.A. NO. |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |
| AND WALMART, INC. | § | JURY DEMANDED |

**INDEX OF DOCUMENTS FILED WITH REMOVAL ACTION**

(A)  Plaintiff's Original Petition

(B)  Citation

(C)  Defendants' Original Answer

(D)  Defendants' Demand for Jury Trial

(E)  Notice of Filing of Removal to Federal Court

(F)  List of Counsel of Record